UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA S. BLACKWELL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:16-cv-592

HON. JANET T. NEFF

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). The parties filed a Stipulation of Consent to EAJA Fees (ECF No. 19). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 6, 2017, recommending that this Court grant the stipulation. The Report and Recommendation was duly served on the parties. On June 7, 2017, the parties filed a Notice requesting that the Court approve the Report and Recommendation prior to the 14-day objection period. The request was granted. *See* ECF No. 22. Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 20) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Stipulation of Consent to EAJA Fees (ECF No. 19) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff attorney fees in the amount of four thousand, eight hundred forty-seven dollars and fifty cents ($4,847.50).

Dated: June 12, 2017                          /s/ Janet T. Neff
                                                                  JANET T. NEFF
                                                                  United States District Judge