UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA S. BLACKWELL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:16-cv-592

HON. JANET T. NEFF

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed a second motion for award of attorney fees (ECF No. 24). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 3, 2018, recommending that this Court grant the motion and that Plaintiff's counsel refund to Plaintiff the previously awarded EAJA fee. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 28) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the second motion for award of attorney fees (ECF No. 24) is GRANTED in the amount of $7,005.75, for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall REFUND to Plaintiff the previously awarded EAJA fee in the amount of $4,847.50.

Dated: October 19, 2018                    /s/ Janet T. Neff
                                                                         JANET T. NEFF
                                                                         United States District Judge